Exhibit 1

MNGi DIGESTIVE HEALTH

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

563 1 221587 *********************AUTO**5-DIGIT 55407
Margarita Sanroman
[redacted]

To Enroll, Please Call:

866.622.9303

Or Visit:

app.identitydefense.com/enrollment/activate/mngi

**Enrollment Code:** [redacted]

July 15, 2024

Subject: Notice of Data Security Incident

Dear Margarita Sanroman,

We are writing to inform you about a recent data security incident experienced by MNGI Digestive Health ("MNGI"), headquartered in Minneapolis, Minnesota, that may have affected your personal and protected health information. MNGI takes the privacy and security of all information within its possession very seriously. Please read this letter carefully as it contains information regarding the incident and steps that you can take to help protect your information.

**What Happened?** On August 25, 2023, MNGI discovered unauthorized activity within its digital environment. In response, MNGI took steps to secure its network and began an investigation. MNGI also engaged independent cybersecurity experts to assist with the investigative efforts. This investigation determined that unauthorized access to certain portions of our network occurred on August 20, 2023. Following a thorough and time-intensive review of the affected data, MNGI learned on June 7, 2024 that your personal and protected health information was potentially affected by this incident. Please note that MNGI has no evidence of the misuse or attempted misuse of any potentially impacted information.

**What Information Was Involved?** The information potentially impacted in connection with this incident included your name and Date of Birth, Social Security Number and Medical Information.

**What Are We Doing?** As soon as MNGI discovered this incident, it took the steps described above. In addition, MNGI has implemented measures to enhance the security of its digital environment in an effort to minimize the risk of a similar incident occurring in the future.

Although MNGI has no evidence of the misuse of any potentially impacted information, MNGI is providing you with information about steps that you can take to help protect your personal and protected health information and offering you complimentary 12 months of identity protection services through CyEx - a data breach and recovery services expert. The deadline to enroll in these services is **October 8, 2024**.

**What You Can Do:** You can follow the recommendations on the following page to help protect your personal and protected health information. MNGI also encourages you to enroll in the complimentary services offered to you through CyEx by using the enrollment code noted above.

**For More Information:** Further information about how to protect your personal and protected health information appears on the following page. If you have questions or need assistance, please call 888-326-0965 from 9:00 A.M. to 9:00 P.M. Eastern Time, Monday through Friday (excluding holidays). Call center representatives are fully versed on this incident and can answer any questions that you may have.

## STEPS YOU CAN TAKE TO HELP PROTECT YOUR INFORMATION

**Review Your Account Statements and Notify Law Enforcement of Suspicious Activity:** As a precautionary measure, we recommend that you remain vigilant by reviewing your account statements and credit reports closely. If you detect any suspicious activity on an account, you should promptly notify the financial institution or company with which the account is maintained. You also should promptly report any fraudulent activity or any suspected incidence of identity theft to proper law enforcement authorities, your state attorney general, and/or the Federal Trade Commission (FTC).

**Copy of Credit Report:** You may obtain a free copy of your credit report from each of the three major credit reporting agencies once every 12 months by visiting http://www.annualcreditreport.com/, calling toll-free 1-877-322-8228, or by completing an Annual Credit Report Request Form and mailing it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348. You also can contact one of the following three national credit reporting agencies:

**Equifax**
P.O. Box 105851
Atlanta, GA 30348
1-800-525-6285
www.equifax.com

**Experian**
P.O. Box 9532
Allen, TX 75013
1-888-397-3742
www.experian.com

**TransUnion**
P.O. Box 1000
Chester, PA 19016
1-800-916-8800
www.transunion.com

**Fraud Alert:** You may want to consider placing a fraud alert on your credit report. An initial fraud alert is free and will stay on your credit file for at least one year. The alert informs creditors of possible fraudulent activity within your report and requests that the creditor contact you prior to establishing any accounts in your name. To place a fraud alert on your credit report, contact any of the three credit reporting agencies identified above. Additional information is available at http://www.annualcreditreport.com.

**Security Freeze:** You have the right to put a security freeze on your credit file for up to one year at no cost. This will prevent new credit from being opened in your name without the use of a PIN number that is issued to you when you initiate the freeze. A security freeze is designed to prevent potential creditors from accessing your credit report without your consent. As a result, using a security freeze may interfere with or delay your ability to obtain credit. You must separately place a security freeze on your credit file with each credit reporting agency. In order to place a security freeze, you may be required to provide the consumer reporting agency with information that identifies you including your full name, Social Security number, date of birth, current and previous addresses, a copy of your state-issued identification card, and a recent utility bill, bank statement or insurance statement.

**Additional Free Resources:** You can obtain information from the consumer reporting agencies, the FTC, or from your respective state Attorney General about fraud alerts, security freezes, and steps you can take toward preventing identity theft. You may report suspected identity theft to local law enforcement, including to the FTC or to the Attorney General in your state.

**Federal Trade Commission**
600 Pennsylvania Ave, NW
Washington, DC 20580
consumer.ftc.gov, and
www.ftc.gov/idtheft
1-877-438-4338

**Maryland Attorney General**
200 St. Paul Place
Baltimore, MD 21202
oag.state.md.us
1-888-743-0023

**New York Attorney General**
Bureau of Internet and Technology Resources
28 Liberty Street
New York, NY 10005
1-212-416-8433

**North Carolina Attorney General**
9001 Mail Service Center
Raleigh, NC 27699
ncdoj.gov
1-877-566-7226

**Rhode Island Attorney General**
150 South Main Street
Providence, RI 02903
http://www.riag.ri.gov
1-401-274-4400

**Washington D.C. Attorney General**
441 4th Street, NW
Washington, DC 20001
oag.dc.gov
1-202-727-3400

**Rhode Island:** The total number of individuals receiving notification of this incident is 765,937.

**You also have certain rights under the Fair Credit Reporting Act (FCRA):** These rights include to know what is in your file; to dispute incomplete or inaccurate information; to have consumer reporting agencies correct or delete inaccurate, incomplete, or unverifiable information; as well as other rights. For more information about the FCRA, and your rights pursuant to the FCRA, please visit https://www.consumer.ftc.gov/articles/pdf-0096-fair-credit-reporting-act.pdf.