## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Margarita Castillon, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Minnesota Gastroenterology, P.A. d/b/a MNGI Digestive Health,<br><br>    Defendant. | Case No. 0:24-cv-02915-DWF-DJF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

_____

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Margarita Castillon, by and through her counsel, hereby voluntarily dismisses the above-captioned matter without prejudice.

Date: August 16, 2024

/s/E. Michelle Drake

E. Michelle Drake, Bar No. 0387366
Joseph C. Hashmall, Bar No. 0392610
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
emdrake@bm.net
jhashmall@bm.net

LEEDS BROWN, P.C.
Brett R. Cohen, *pro hac vice*
1 Old Country Road, Suite 347
Carle Place, NY 11514
T. 516.873.9550
F. 516.874.4505
bcohen@leedsbrownlaw.com

1

*Counsel for Plaintiff*