# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Margarita Castillon, *individually and on behalf of all others similarly situated*, | Civil No. 24-2915 (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Minnesota Gastroenterology, P.A., *doing business as,* MNGI Digestive Health, | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on August 16, 2024, (Doc. No. [11]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 19, 2024           s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge